LODGED
DEC - 3 2015
Clerk, U.S. District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM T. TRUEAX,<br><br>Defendant. | VIOLATION: FBFG0005<br>Location Code: M9GF<br><br>ORDER |

Based upon the motion of the United States and for good cause appearing,

**IT IS HEREBY ORDERED** that the above violation citation is **DISMISSED**.

DATED this  3  day of December, 2015.

John Johnston
United States Magistrate Judge